UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:20-cr-00161 |
| | * | |
| VERSUS | * | |
| | * | JUDGE JUNEAU |
| BRANDON MICHAEL MOSING | * | MAGISTRATE JUDGE WHITEHURST |

## UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, BRANDON MICHAEL MOSING, the above-named defendant, having been first duly sworn and placed under oath by the Clerk or his Deputy of the United States District Court, state that I have been advised and personally addressed by the Court (Judge) as to the nature of the charge against me, and, having been furnished a copy of the charge, hereby state that I understand the charge and that the Court has addressed me personally as to the maximum possible penalty that may be imposed against me, as follows:

**PENALTY - COUNT 1 OF THE BILL OF INFORMATION:**

**A mandatory minimum term of imprisonment of not less than ten (10) years or a maximum sentence of life pursuant to 21 U.S.C. § 841(b)(1)(A), a fine of up to $10,000,000.00 pursuant to 21 U.S.C. § 841(b)(1)(A), or both; a term of supervised release of not less than five (5) years pursuant to 21 U.S.C. § 841(b)(1)(A); and a special assessment fee of $100.00 pursuant to 18 U.S.C. § 3013, which under this agreement is payable and due at the time his guilty plea is entered, and defendant agrees to tender the $100.00 special assessment by certified check or money order, payable to "Clerk, U. S. District Court."**

**PENALTY – COUNT 2 OF THE BILL OF INFORMATION:**

**A term of imprisonment of not more than ten (10) years pursuant to 18 U.S.C. § 924(a)(2), a fine of up to $250,000.00 pursuant to 18**

**U.S.C. § 3571, or both; a term of supervised release of not more than three (3) years pursuant to 18 U.S.C. § 3583; and a special assessment of $100.00 pursuant to 18 U.S.C. § 3013, which under this agreement is payable and due at the time his guilty plea is entered, and defendant agrees to tender the $100.00 special assessment by certified check or money order, payable to "Clerk, U. S. District Court.".**

I, BRANDON MICHAEL MOSING, further state that I also understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by Court-appointed counsel at no cost to me.

2. My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict.

3. My right not to be required to testify against myself, or at all, if I do not so desire.

4. My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

5. My right to plead guilty or not guilty.

I, BRANDON MICHAEL MOSING, realize that by pleading guilty I will stand convicted of the crime charged and thereby waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I, BRANDON MICHAEL MOSING, further state that my plea in this matter is free and voluntary. No promises or assurances have been made to me by anyone to persuade me to plead guilty, except as stated in writing in the attached Plea Agreement. I have not been threatened in any way by anyone to persuade me to change my plea to guilty. I am pleading guilty of my own free will because I am in fact guilty as charged.

Sworn to and subscribed before me this ___ day of _____, 2020, in Lafayette, Louisiana.

_____   7/9/20
BRANDON MICHAEL MOSING           DATE
*Defendant*


_____   7/9/20
JASON W. ROBIDEAUX, La. Bar No. 19390   DATE
THOMAS E. GUILBEAU, La. Bar No. 06573
106 West Congress Street
P.O. Box 3331
Lafayette, Louisiana 70502
Telephone: (337) 232-7240


DAVID C. JOSEPH
United States Attorney


_____   7-27-20
CRAIG R. BORDELON, II, La. Bar No. 34450   DATE
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618